United States Bankruptcy Court
District of Maryland

Kapitus Servicing, Inc. as authorized su,
Plaintiff
Mohi-Ud-Din,
Defendant

Adv. Proc. No. 26-00188-LSS

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Aug 07, 2026 Form ID: sumprtrl Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kapitus Servicing, Inc. as authorized sub-servicin, 100 Light Street, c/o Baker Donelson, Baltimore, MD 21202-1036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmit F Kellar | ekellar@bakerdonelson.com jbedell@bakerdonelson.com |

TOTAL: 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **26–14436 – LSS** Chapter: **7** Adversary No.: **26–00188**

**Raja Mohi–Ud–Din**
Debtor

**Kapitus Servicing, Inc. as authorized sub–servicing agent of Kapitus LLC**
Plaintiff

vs.

**Raja Mohi–Ud–Din**
Defendant

**SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE**

**To the above named defendant:**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

Emmit F Kellar
Baker Donelson
100 Light Street, 19th Floor
Baltimore, MD 21201

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

9/30/26 at 10:00 AM
Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

Dated: 8/7/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

UNITED STATES BANKRUPTCY COURT
August 7th, 2026
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal
DISTRICT OF MARYLAND