**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at** Greenbelt

| | |
|---|---|
| In Re: Raja Mohi−Ud−Din<br><br>Debtor(s) | Case No. 26−14436−LSS<br>Chapter 7 |
| Kapitus Servicing, Inc. as authorized sub−servicing agent of Kapitus LLC<br><br>Plaintiff(s)<br>vs.<br><br>Raja Mohi−Ud−Din<br><br>Defendant(s) | Adversary Proceeding No. 26-00188 |

**CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, Donna Spiegel, Paralegal (name), certify that service of this summons and a copy of the complaint was made August 26, 2026 (date of service) by:

☑ Mail Service: Regular, first class United States Mail, postage fully prepaid, addressed to:

**Raja Mohi-Ud-Din**
**1200 Kristanna Drive**
**Panama City, FL 32405**

**and**

**Raja Mohi-Ud-Din**
**10019 Kendale Road**
**Potomac, MD 20854**

**with copies to:**

**Daniel Alan Staeven**
**Frost & Associates, LLC**
**839 Bestgate Road, Suite 400**
**Annapolis, MD 21401**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of ________________________ as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8/26/2026 Signature: [signature]

Print Name Donna Spiegel, Paralegal

Business Address 633 Chestnut St., Ste. 1900

City Chattanooga State TN Zip 37450