**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **RAJA MOHI-UD-DIN,** | **Case No. 26-14436** |
| **Debtor.** | |
| **KAPITUS SERVICING, INC.,** | **A.P. No. 26-00188** |
| **Plaintiff** | |
| **v.** | |
| **RAJA MOHI-UD-DIN,** | |
| **Defendant** | |

**ENTRY OF APPEARANCE AS COUNSEL FOR DEFENDANT**

Please enter the appearance of the undersigned as counsel for the Defendant.

Dated: September 24, 2026

/s/ Daniel M. Press

Daniel M. Press, 307300
Law Offices of Daniel M. Press
201 Washington Street
Cumberland MD 21502
703-725-7600
dan@danpress.us

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of September, 2026, I caused to be served the foregoing Entry of Appearance on counsel for Plaintiff by CM/ECF, to:

ekellar@bakerdonelson.com

_/s/ Daniel M. Press___________
Daniel M. Press