**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **RAJA MOHI-UD-DIN,** | : | **Case No. 26-14436** |
| **Debtor.** | : | |
| **KAPITUS SERVICING, INC.,** | : | **A.P. No. 26-00188** |
| **Plaintiff** | : | |
| **v.** | : | |
| **RAJA MOHI-UD-DIN,** | : | |
| **Defendant** | : | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The parties hereby stipulate to extend the deadline for Defendant to respond to the Complaint by 30 days, to October 24, 2026, pursuant to L.B.R. 7012-2.

Dated: September 24, 2026

_/s/ Daniel M. Press___________

Daniel M. Press, 307300
Law Offices of Daniel M. Press
201 Washington Street
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Defendant

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ *Emmit F. Kellar*________________
Emmit F. Kellar (Fed. Bar No.: 20734)
100 Light Street, 34th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1368
Fax: (410) 547-0699
ekellar@bakerdonelson.com
*Attorneys for Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of September, 2026, I caused to be served the foregoing Stipulation on counsel for Plaintiff by CM/ECF, to:

ekellar@bakerdonelson.com

_/s/ Daniel M. Press___________
Daniel M. Press