# COLLECTIVE EXHIBIT D

Bankroll

Application created on 06-16-2021 13:44:17 PM
From 72.83.149.51

## Basic

**AMOUNT REQUESTED**

100000.0

**BUSINESS NAME**

Raja M Din Md Pllc

**FIRST NAME**

Raja

**LAST NAME**

Reza

**PHONE**

(240) 676-1471

**EMAIL**

monareza@docgastro.com

By clicking “Next”, you consent to receive communications - including calls from an automatic telephone dialing system, from Bankroll Capital, Inc. and its agents at the phone number you have provided above; you agree that this consent applies even if the phone number you have provided is on any state, federal, or corporate do-not-call registry. Consent may be revoked at any time and by any reasonable means.

## Business

**LEGAL BUSINESS NAME**

Raja M Din Md Pllc

**DBA**

**ADDRESS**

7501 Greenway Center Drive , Greenbelt, 20770, Maryland

**ENTITY TYPE**

Limited Liability Company

**INDUSTRY**

Healthcare

**BUSINESS START DATE**

2005-01-11

**MONTHLY SALES**

$50,000 to $100,000

**BUSINESS TAX ID**

[redacted]

Bankroll



## Personal

**OWNER FIRST NAME**

Raja

**OWNER LAST NAME**

Mohi-ud-din

**OWNERSHIP %**

100.0

**ADDRESS**

8213 River Quarry Place , Bethesda, 20770, Maryland

**SOCIAL SECURITY NUMBER**

[redacted]

**Date of Birth**

[redacted]

By signing below, each of the above listed business and business owner/ocer (individually and collectively, “you”) authorize Bankroll Capital, Inc. and each of its representatives, successors, assigns and designees (“Recipients”) that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefore (collectively, “Transactions”) to obtain consumer or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize Bankroll Capital, Inc. to transmit this application form, along with any of the foregoing information obtained in connection with this application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by any creditor or financial institution, of any information relating to any of you, to Bankroll Capital, Inc. and to each of the Recipients, on its own behalf.

**Signature**

Raja Mohi-ud-din

**Signed Date**

06-16-2021

Bankroll

## Basic

**AMOUNT REQUESTED**

250000.0

**BUSINESS NAME**

Raja M Din Md Pllc

| FIRST NAME | LAST NAME |
|---|---|
| Mona | Reza |

**PHONE**

(240) 676-1471

**EMAIL**

monareza@docgastro.com

By clicking “Next”, you consent to receive communications - including calls from an automatic telephone dialing system, from Bankroll Capital, Inc. and its agents at the phone number you have provided above; you agree that this consent applies even if the phone number you have provided is on any state, federal, or corporate do-not-call registry. Consent may be revoked at any time and by any reasonable means.

## Business

| LEGAL BUSINESS NAME | | DBA |
|---|---|---|
| Raja M Din Md Pllc | | |

**ADDRESS**

7501 Greenway Center Drive , Greenbelt, 20770, Maryland

| ENTITY TYPE | INDUSTRY | BUSINESS START DATE |
|---|---|---|
| Limited Liability Company | Healthcare | 2005-01-11 |
| **MONTHLY SALES** | | **BUSINESS TAX ID** |
| $50,000 to $100,000 | | [redacted] |

Bankroll



## Personal

**OWNER FIRST NAME**

Raja

**OWNER LAST NAME**

Mohi-ud-din

**OWNERSHIP %**

100.0

**ADDRESS**

8213 River Quarry Place , Bethesda, 20770, Maryland

**SOCIAL SECURITY NUMBER**

[redacted]

**Date of Birth**

By signing below, each of the above listed business and business owner/ocer (individually and collectively, “you”) authorize Bankroll Capital, Inc. and each of its representatives, successors, assigns and designees (“Recipients”) that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefore (collectively, “Transactions”) to obtain consumer or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize Bankroll Capital, Inc. to transmit this application form, along with any of the foregoing information obtained in connection with this application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by any creditor or financial institution, of any information relating to any of you, to Bankroll Capital, Inc. and to each of the Recipients, on its own behalf.

**Signature**

Raja Mohi-ud-din

**Signed Date**

02-02-2023