Entered: November 20th, 2026

Signed: November 19th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re:<br><br>RAJA MOHI-UD-DIN,<br><br>Debtor. | ) | Case No. 26-14436<br><br>Chapter 7 |
| KAPITUS SERVICING, INC.,<br>as authorized sub-servicing agent<br>of Kapitus LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAJA MOHI-UD-DIN,<br><br>Defendant. | ) | Adv. Pro. No. 26-00188 |

**CONSENT JUDGMENT DETERMINING DEBT TO BE NONDISCHARGABLE**

THIS MATTER having been opened to the Court by Plaintiff, Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC (“Kapitus”), upon the request of Kapitus for entry of judgment against the Debtor, Raja Mohi-Ud-Din (“Debtor”) to determine debts owed by the Debtor to Kapitus to be non-dischargeable pursuant to §523 of the Bankruptcy Code; and upon the consent of the Defendant/Debtor it is hereby ORDERED that

1. Judgment be and is hereby entered against Debtor, Raja Mohi-Ud-Din, in favor of Kapitus in the amount of $340,116.27, plus interest of ten percent 10% per annum from the date of entry of the Judgment and legal fees and costs incurred to enforce and collect on the Judgment.

2. Upon entry of the Non-Dischargeable Judgment, Kapitus shall be entitled to record the Non-Dischargeable Judgment as a lien on any real property owned by Debtor in any jurisdiction. Other than recording as a lien and provided the Debtor is not in default under the Settlement Agreement between the parties, Kapitus agrees that it will not take additional collection actions against the Debtor during the time that Debtor is making timely payments to Kapitus as agreed to by the parties.

Order drafted by:

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Emmit F. Kellar*
Emmit F. Kellar (Fed. Bar No.: 20734)
100 Light Street, 34th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1368
Fax: (410) 547-0699
ekellar@bakerdonelson.com

*Attorneys for Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC*

Order consented to by:

**LAW OFFICE OF DANIEL M. PRESS**

*/s/ Daniel M. Press*
Daniel M. Press (Bar No.: 07300)
201 Washington St.
Cumberland MD 21502
Telephone: (703) 725-7600
dan@danpress.us

*Attorney for Debtor/Defendant*

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/__________ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Emmit F. Kellar
Emmit F. Kellar (Fed. Bar No.: 20734)

**[END OF ORDER]**