United States Bankruptcy Court
District of Maryland

Kapitus Servicing, Inc. as authorized su,
Plaintiff
Mohi-Ud-Din,
Defendant

Adv. Proc. No. 26-00188-LSS

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Nov 20, 2026 Form ID: pdfall Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| pla | + | Kapitus Servicing, Inc. as authorized sub-servicin, 100 Light Street, c/o Baker Donelson, Baltimore, MD 21202-1036 |
| dft | + | Raja Mohi-Ud-Din, 1200 Kristanna Drive, Panama City, FL 32405-4852 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Emmit F Kellar | ekellar@bakerdonelson.com jbedell@bakerdonelson.com |

TOTAL: 2

Entered: November 20th, 2026

Signed: November 19th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT DIVISION)**

---

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-14436 |
| RAJA MOHI-UD-DIN, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| KAPITUS SERVICING, INC., as authorized sub-servicing agent of Kapitus LLC, | ) | |
| | ) | Adv. Pro. No. 26-00188 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAJA MOHI-UD-DIN, | ) | |
| | ) | |
| Defendant. | ) | |

---

**<u>CONSENT JUDGMENT DETERMINING DEBT TO BE NONDISCHARGABLE</u>**

THIS MATTER having been opened to the Court by Plaintiff, Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC ("Kapitus"), upon the request of Kapitus for entry of judgment against the Debtor, Raja Mohi-Ud-Din ("Debtor") to determine debts owed by the Debtor to Kapitus to be non-dischargeable pursuant to §523 of the Bankruptcy Code; and upon the consent of the Defendant/Debtor it is hereby ORDERED that

1. Judgment be and is hereby entered against Debtor, Raja Mohi-Ud-Din, in favor of Kapitus in the amount of $340,116.27, plus interest of ten percent 10% per annum from the date of entry of the Judgment and legal fees and costs incurred to enforce and collect on the Judgment.

2. Upon entry of the Non-Dischargeable Judgment, Kapitus shall be entitled to record the Non-Dischargeable Judgment as a lien on any real property owned by Debtor in any jurisdiction. Other than recording as a lien and provided the Debtor is not in default under the Settlement Agreement between the parties, Kapitus agrees that it will not take additional collection actions against the Debtor during the time that Debtor is making timely payments to Kapitus as agreed to by the parties.

Order drafted by:

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*<u>/s/ Emmit F. Kellar</u>*
Emmit F. Kellar (Fed. Bar No.: 20734)
100 Light Street, 34th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1368
Fax: (410) 547-0699
ekellar@bakerdonelson.com

*Attorneys for Kapitus Servicing, Inc. as authorized sub-servicing agent of Kapitus LLC*

Order consented to by:

**LAW OFFICE OF DANIEL M. PRESS**

*<u>/s/ Daniel M. Press</u>*
Daniel M. Press (Bar No.: 07300)
201 Washington St.
Cumberland MD 21502
Telephone: (703) 725-7600
dan@danpress.us

*Attorney for Debtor/Defendant*

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/__________ on this copy reference the signatures of consenting parties on the original consent order.

<u>/s/ Emmit F. Kellar</u>
Emmit F. Kellar (Fed. Bar No.: 20734)

**[END OF ORDER]**